IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD NELSON PETERS,** | : | CIVIL ACTION NO. 1:22-CV-1345 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **BOBBI SALAMON,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 9th day of November, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus and petitioner's motion (Doc. 11) to stay, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

2. Petitioner's motion to stay (Doc. 11) is DENIED.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania